Regina A. Petty (SBN 106163)
E-Mail: rpetty@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Joel Moon (SBN 290470)
E-Mail: jmoon@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1550
Los Angeles, California 90071
Telephone: (213)330-4500
Facsimile: (213)330-4501

Attorneys for Defendants Justus Enterprises, Inc. dba Business Complete Solutions; Keith Justus; and Clara Justus

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA TILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JUSTUS ENTERPRISES, INC. dba BUSINESS COMPLETE SOLUTIONS, a California Corp., KEITH JUSTUS, an individual; and CLARA JUSTUS, an individual,<br><br>Defendants. | Case No: 8:21-cv-02117-CJC-JDE<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST TO VACATE TRIAL DATE AND RETAIN JURISDICTION PENDING COMPLETION OF SETTLEMENT**<br><br>Complaint Filed: December 24, 2021<br>Trial: |

1
JOINT NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST TO VACATE TRIAL DATE AND RETAIN JURISDICTION PENDING SETTLEMENT
CASE NO. 8:21-cv-02117-CJC-JDE

FP 46392533.2

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS:**

Plaintiff AMANDA TILL ("Plaintiff") and Defendants JUSTUS ENTERPRISES, INC. dba BUSINESS COMPLETE SOLUTIONS, KEITH JUSTUS and CLARA JUSTUS ("Defendants") (collectively, "Parties"), through their undersigned attorney of record, stipulate to the following:

1. The Parties reached a settlement as to the resolution of the entire action and have executed a Settlement Agreement.

2. The Parties' Settlement Agreement provides for a payment schedule that will not be completed until May 15, 2023.

3. The Parties anticipate submitting a joint stipulation requesting the dismissal of this action, with prejudice and in its entirety, within ten (10) days of May 15, 2023, or by May 25, 2023, after satisfactory completion of the settlement terms by the Parties.

4. The Parties respectfully request that the Court vacate the current trial date of July 18, 2023 and retain jurisdiction in order to enforce the terms of the Settlement Agreement between the Parties and/or reserve the right to reinitiate the action in the event of a breach of the Settlement Agreement.

**WHEREFORE**, the Parties hereby jointly stipulate and agree to vacate the current trial date of July 18, 2023 and request that the Court retain jurisdiction in order to enforce the terms of the Settlement Agreement and/or reserve the right to reinitiate the action in the event of a breach of the Settlement Agreement. This stipulation is without waiver of any defenses, all of which are expressly reserved.

/ / /

/ / /

/ / /

2
JOINT NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST TO VACATE TRIAL DATE AND RETAIN JURISDICTION PENDING SETTLEMENT
CASE NO. 8:21-cv-02117-CJC-JDE

FP 46392533.2

| | | | |
|---|---|---|---|
| 2 | Dated: March 6, 2023 | | Respectfully submitted, |
| 3 | | | **FISHER & PHILLIPS LLP** |
| 5 | | By: | /s/ Joel Moon |
| | | | Regina A. Petty |
| | | | Joel Moon |
| | | | Attorneys for Justus Enterprises, Inc. |
| | | | dba Business Complete Solutions; |
| | | | Keith Justus; and Clara Justus |

| | | | |
|---|---|---|---|
| 10 | Dated: March 6, 2023 | | Respectfully submitted, |
| 11 | | | **CARPENTER & ZUCKERMAN;** |
| 12 | | | **JOSEPH & NORINSBERG, LLC** |
| 13 | | By: | /s/ Ryan Mahoney |
| | | | John P. Kristensen |
| | | | Jesenia A. Martinez |
| | | | Bennitta J. Joseph |
| | | | Jon L. Norinsberg |
| | | | Ryan C. Mahoney |
| | | | Attorneys for Amanda Till |

3
JOINT NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST TO VACATE
TRIAL DATE AND RETAIN JURISDICTION PENDING SETTLEMENT
CASE NO. 8:21-cv-02117-CJC-JDE

FP 46392533.2

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of San Diego or Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California, 92121 or 444 South Flower Street, Suite 1500, Los Angeles, California, 90071.

On March 6, 2023 I served the foregoing document entitled **JOINT NOTICE OF SETTLEMENT AND STIPULATION AND REQUEST TO VACATE TRIAL DATE AND RETAIN JURISDICTION PENDING COMPLETION OF SETTLEMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John P. Kristensen (SBN 224132)<br>Jesenia A. Martinez (SBN 316969)<br>CARPENTER & ZUCKERMAN<br>8827 West Olympic Boulevard<br>Beverly Hills, California 90211 | Telephone: (310)507-7924<br>Facsimile: (310)507-7906<br>E-Mail: kristensen@cz.law;<br>jmartinez@cz.law<br>Co-Counsel for Amanda Till |
| Jon Norinsberg<br>Bennitta J. Joseph (*Pro Hac Vice*)<br>Michael R. Minkoff (*Pro Hac Vice*)<br>Ryan C. Mahoney (*Pro Hac Vice*)<br>JOSEPH & NORINSBERG, LLC<br>110 East 59th Street, Suite 3200<br>New York, New York 10022 | Telephone: (212)227-5700<br>Facsimile: (212)656-1889<br>E-Mail:<br>jon@norinsberglaw.com;<br>bennitta@employeejustice.com;<br>michael@employeejustice.com;<br>ryan@employeejustice.com;<br>ricardo@employeejustice.com<br>Co-Counsel for Amanda Till |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 6, 2023 at Los Angeles California.

Nora Martinez                              By: /s/ Nora Martinez
Print Name                                         Signature